STATE OF NEW JERSEY v. THOMAS E. PARSON.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID JOSEPH VERVAET.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND LABADIE.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. MILANO.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. MILANO.

April 18, 1978. Petition for certification denied.

VINCENT R. KREMER v. ANGELA BUCCISANO.

April 18, 1978. Motion for leave to appeal is granted.